A CERTIFIED TRUE COPY

SEP 26 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
SEP -8 2006

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2006

GREGORY C. LANGHAM
CLERK

OCT 06 2006

DOCKET NO. 1788

#136

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC., SECURITIES & "ERISA" LITIGATION (NO. II)

*Merrill Lynch Master Basic Value Trust Fund, et al. v. Qwest Communications International, Inc., et al.,* S.D. New York, C.A. No. 1:06-4790

### CONDITIONAL TRANSFER ORDER (CTO-1)

On August 15, 2006, the Panel transferred three civil actions to the United States District Court for the District of Colorado for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Robert E. Blackburn.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Colorado and assigned to Judge Blackburn.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Colorado for the reasons stated in the order of August 15, 2006, and, with the consent of that court, assigned to the Honorable Robert E. Blackburn.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Colorado. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 26 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
 WITNESS my hand and SEAL of said Court this 2nd day of October 2006.
GREGORY C. LANGHAM
By _____
Deputy



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

October 1, 2006

United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: MDL - 1788 – In re Qwest Communications International, Inc., Securities & "ERISA" Litigation (No. II)

New York Case No. 1:06-4790
Merrill Lynch Master Basic Value Trust Fund, et al. v. Qwest Communications International, Inc., et al.

Dear Mr. McMahon:

Enclosed is a certified copy of the Conditional Transfer Order (CTO-1) from the Judicial Panel on Multidistrict Litigation transferring the above entitled action to the District of Colorado. The case has been assigned to Judge Robert E. Blackburn for coordinated or consolidated pretrial proceedings.

Please forward a certified copy of the docket sheet for the case listed above together with a file stamped copy of this transmittal letter to: United States District Court, District of Colorado, Alfred A. Arraj Courthouse, 901- 19th St., Room A 105, Denver, CO 80294-2589 or to the MDL Clerk's email address, cod_docketing@cod.uscourts.gov.

Sincerely,
Greg Langham, Clerk

By: s/Leslie Martin
Deputy Clerk

cc: Judicial Panel on Multidistrict Litigation