**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Master Docket No. 06-cv-17880-REB-PAC (MDL Docket No. 1788)

IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC., SECURITIES AND "ERISA" LITIGATION (NO.II)

---

**PRACTICE AND PROCEDURE ORDER
ON TRANSFER PURSUANT TO 28 U.S.C. § 1407(a)**

---

**Blackburn, J.**

    1.  This Order shall govern the practice and procedure in those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its Order of August 15, 2006, as well as all related actions originally filed in this Court or transferred or removed to this Court.  To date these actions include:

    Northern District of California

- ***San Francisco Employees Retirement System v. Qwest Communications International, Inc., et al.*** C.A. No. 3:06-2615

    District of Colorado

- ***New England Health Care Employees Pension Fund, et al. v. Qwest Communications International, Inc., et al.*** C.A. No. 1:01-1451

- ***Stanton Discount Pharmacy, et al. v. Qwest Communications International, Inc., et al.*** C.A. No. 1:01-1472

- ***Douglass Urquhart, et al. v. Qwest Communications International, Inc., et al.*** C.A. No. 1:01-1527

- ***Tyler Del Valle Grady, et al. v. Qwest Communications International, Inc., et al.***  C.A. No. 1:01-1616

- ***Robert Cline, et al. v. Qwest Communications International, Inc., et al.***  C.A. No. 1:01-1799

- ***David Tanner, et al. v. Qwest Communications International, Inc., et al.***  C.A. No. 1:01-1930

- *Herbert S. Cohen Trust v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-333
- *Adele Brody v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-374
- *Valerie J. Brooks, et al. v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-464
- *Janice Dudley, et al. v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-470
- *Rod Coyle, et al. v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-482
- *Brian Barry v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-507
- *James Rooney, et al. v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-602
- *Laila Abdelnour v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-658
- *Paula Smith, et al. v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-714
- *Stuart Wollman v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-755
- *Seymour Tabacoff, et al. v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-798
- *Mary Stuhr v. Qwest Communications International, Inc., et al.*  C.A. No. 1:02-2120
- *Stitching Pensioenfonds ABP v. Qwest Communications International, Inc., et al.*  C.A. No. 1:04-238
- *Donald Keller v. Qwest Communications International, Inc., et al.*  C.A. No. 1:04-680
- *Shriners Hospitals for Children v. Qwest Communications International, Inc., et al.*  C.A. No. 1:04-781

- ***Teachers' Retirement System of Louisiana v. Qwest Communications International, Inc., et al.*** C.A. No. 1:04-782

- ***New York City Employees Retirement System, et al. v. Qwest Communications International, Inc., et al.*** C.A. No. 1:04-1964

- ***Fire & Police Pension Association of Colorado v. Qwest Communications International, Inc., et al.*** C.A. No. 1:06-732

  Southern District of New York

- ***New York State Common Retirement Fund v. Qwest Communications International, Inc., et al.*** C.A. No. 1:06-2996

  Eastern District of Pennsylvania

- ***Pennsylvania Public School Employees' Retirement System v. Qwest Communications International, Inc., et al.*** C.A. No. 2:06-1829

Pursuant to Rule 1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this Order shall govern also the practice and procedure in any tag-along actions transferred to this Court by the Judicial Panel on Multidistrict Litigation subsequent to the filing of the final transfer order by the Clerk of this Court and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court.[1]

2. **Only the following actions are consolidated for pretrial purposes**:[2]

- ***Pennsylvania Public School Employees' Retirement System v. Qwest Communications International, Inc., et al.***, E.D. Pennsylvania (Philadelphia) Civil Case No. 2:06-cv-01829-TJS

- ***San Francisco Employees Retirement System v. Qwest Communications International, Inc., et al.***, California Northern District (San Francisco) Civil Case No. 3:06-cv-02615-MJJ

- ***New York State Common Retirement Fund v. Qwest Communications International, Inc., et al.***, Southern District of New York (Foley Square)

---

[1] Any tag-along, transferred, related, or removed action shall be considered for inclusion in the consolidated action on a case-by-case basis.

[2] All other actions shall be governed by the extant and subsequent orders issued in those cases.

Civil Case No. 1:06-cv-02996-SAS

- ***Fire & Police Pension Association of Colorado v. Qwest Communications International, Inc., et al.***  D. Colorado Civil Case No. 1:06-cv-00732-REB

3.  Any pleading or paper, which is to be filed in any of the actions described in paragraph 2 of this Order ("the consolidated action") shall be filed with the Clerk of this Court and not with the Clerk of the transferor district court. All papers filed in the consolidated action shall use the caption set forth in this Order and shall be filed in the Master Docket in this Court in case no. 06-cv-17880-REB-PAC.

4.  All pleadings or papers filed in this Court shall be filed electronically in portable document format (PDF) using this Court's Electronic Case Filing System (ECF) available through the Court's website at http://www.cod.uscourts.gov. pursuant to the Electronic Case Filing Procedures for the District of Colorado (Civil Cases).

5.  The following **shall be completed** as soon as possible, but no later than September 22, 2006.

- Counsel who appeared only in the transferor district court prior to the transfer must apply for admission to the bar of this Court and enter a separate appearance before this Court. Counsel are directed to D.C.COLO.L.CivR 83.3, which local rule governs admission to the bar of this court. The application for admission to the bar of this court is available on this Court's website. Counsel shall complete their application for admission and shall submit the required application and filing fee.

- Once admitted, counsel shall register as a participant in this Court's ECF system by completing the ECF Attorney Registration Form on the Court's website.

6.  Hearings shall not be held on any motions filed except by order of this Court on such notice as this Court may direct.

7.  If counsel for more than one party plan to file substantially identical pleadings or papers, then they shall confer and shall join in the submission of such papers and shall file only one paper on behalf of all so joined.

8.  Any orders, including protective orders previously entered by this Court or any transferor district court, shall remain in full force and effect unless modified by this Court on proper application by motion.

9.  The extant deadlines by which to perform any act or file any paper pursuant

to Rules 26 through 37 of the Federal Rules of Civil Procedure are tolled until further order of this Court.

     10.  This Court will be guided by the most recent volume of the <u>Manual for Complex Litigation</u> approved by the Judicial Conference of the United States, and counsel are directed to familiarize themselves with that monograph.

     Dated September 11, 2006, at Denver, Colorado.

     **BY THE COURT:**

     **s/ Robert E. Blackburn**
     **Robert E. Blackburn**
     **United States District Judge**